McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Dennis Stiffler

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and DENNIS STIFFLER, Revenue Officer, Internal Revenue Service,<br>        Petitioners,<br><br>    V.<br><br>TERRY C. HYNARD and ROXANNE S. HYNARD,<br>        Respondents. | 1:08-cv-438<br><br>**ORDER TO SHOW CAUSE**<br><br>Date:    May 16, 2008<br>Time:    9:30 a.m.<br>Ctrm:    10 |

    Upon review of Petitioners United States of America and Revenue Officer Dennis Stiffler's Petition to Enforce Internal Revenue Service Summonses, the Memorandum of Points and Authorities and Declaration of Dennis Stiffler filed in support of the petition,

    IT IS HEREBY ORDERED that Respondents Terry C. Hynard and Roxanne S. Hynard (collectively, "Respondents") appear before the United States District Court for the Eastern District of California, in Courtroom No. 10, on the 16th day of May, 2008,

at 9:30 a.m. to show cause why they should not be compelled to obey the two Internal Revenue Service summonses served upon them on October 10, 2007 and attached to the Declaration of Dennis Stiffler.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Petition to Enforce Internal Revenue Service Summonses, the Memorandum of Points and Authorities and Declaration of Dennis Stiffler filed in support of the petition, shall be served upon Respondents on or before April 7, 2008.

IT IS HEREBY FURTHER ORDERED that, within 21 days of service a copy of this Order to Show Cause and accompanying papers, Respondents shall file and serve a written response to the Petition to Enforce Internal Revenue Service Summonses, supported by the appropriate declaration(s), as well as any motions Respondents desire to make.  The United States may file a reply within 14 days from the date of service of Respondents' response. All motions and issues raised by Respondents will be considered on the return date of this Order, and any uncontested allegations in the Petition to Enforce Internal Revenue Service Summonses will be deemed admitted.  Issues that are not raised by motion, or are not brought into controversy by the responsive pleadings and supported by declaration(s), will not be considered on the return date of this Order.

IT IS SO ORDERED.

Dated:   **March 28, 2008**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE