# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and<br>DENNIS STIFFLER, Revenue Officer,<br>Internal Revenue Service,<br><br>                Petitioners,<br><br>   v.<br><br>TERRY C. HYNARD and<br>ROXANNE S. HYNARD,<br><br>                RespondentS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:08-cv-00438 AWI GSA<br><br><br>ORDER TO CLOSE ACTION<br><br>(Document 7) |

    On May 9, 2008, Petitioners United States of America and Revenue Officer Dennis Stiffler filed a notice of compliance and suggestion to close file. (Document 7.) Petitioners explained that Respondents Terry C. Hynard and Roxanne S. Hynard have complied with the summonses at issue in this action.

    Based on the notice filed by Petitioners, the order to show cause hearing currently set for May 16, 2008, and the scheduling conference currently set for June 26, 2008, are VACATED. This Court DIRECTS the Clerk of the Court to close this action.

IT IS SO ORDERED.

**Dated:  May 12, 2008**　　　　　　　　　　　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE